UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

DEMETRIUS MAGGIT,

    Plaintiff,

v.

MICHIGAN DEPARTMENT OF
CORRECTIONS et al.,

    Defendants.
_____/

Case No. 1:19-cv-411

Honorable Paul L. Maloney

## **ORDER**

    This is a civil rights action brought by a former county jail inmate under 42 U.S.C. § 1983. On June 10, 2019, the Court issued an order (ECF No. 3) denying Plaintiff leave to proceed *in forma pauperis* because he had recently settled a case in this Court for a significant sum and could afford to pay the filing fee. The Court required Plaintiff to pay the $400.00 civil action filing fee within twenty-eight days, and the Court warned that his case would be dismissed without prejudice should he fail to pay. More than twenty-eight days have elapsed since the Court's order requiring Plaintiff to pay the filing fee, and Plaintiff has not paid the fee. Plaintiff has failed to comply with the order; therefore, dismissal of this action without prejudice is appropriate.

    Therefore, in accordance with this order, the Court will issue a judgment dismissing the complaint without prejudice for lack of prosecution.

Dated:  August 19, 2019              /s/ Paul L. Maloney
                                                           Paul L. Maloney
                                                           United States District Judge